UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KAREN D. THACKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner agent of Social Security Administration,<br><br>　　　　Defendant. | Case No.:   2:15-CV-00466-RCJ-PAL<br><br>**ORDER SETTING TELEPHONIC HEARING** |

**ORDER IN CHAMBERS**

　　On May 8, 2015, First [Amended] Complaint for Review of Final Decision of the Commissioner of Social Security (ECF #5) was filed in this action. This case has been inactive for 150 days. Accordingly,

　　IT IS HEREBY ORDERED that a Telephonic Status Conference is set for 11:00 A.M. Tuesday, October 6, 2015, in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

　　Parties shall dial the Meet-Me-Line FIVE (5) minutes prior to the hearing as follows: (888) 675-2535; Access Code: 2900398; Password: 100615. The use of a cell phone or speaker phone during the call is prohibited, the call must be made by using a land line.

　　IT IS SO ORDERED this 5th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　District Judge